

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Craddick Partners, Ltd.,

Vs. No. 11-15-00014-CV

EnerSciences Holdings, LLC;
Chem Rock Technologies, LLC;
Rapid Drilling, LLC; and
Permian Basin Ventures, LLC.

* From the 441st District
   Court of Midland County,
   Trial Court No. CV-50026.

* July 14, 2016

* Memorandum Opinion by Willson, J.
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Craddick Partners, Ltd.